UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ANGELA WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:05-cv-0586-JDT-TAB |
| | ) | |
| ELI LILLY & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Motion to Dismiss**

A copy of the plaintiff's motion to voluntarily dismiss this action, filed on October 26, 2005, shall be included with the distribution of this Entry.

The defendant shall have **ten (10) calendar days** from the date of issuance of this Entry in which to respond.  If no response in the form of an objection is made within that time frame, the plaintiff's motion shall be granted.

**IT IS SO ORDERED.**

Date: 10/28/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

Angela Wright
6417 Park Central Drive
Indianapolis, IN   46260

Ellen E. Boshkoff
BAKER & DANIELS
eeboshko@bakerd.com

Adrienne Franco Busby
BAKER & DANIELS
afbusby@bakerd.com

**Note to Clerk:  Processing this document requires actions other than docketing and distribution.**